UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

    Plaintiff,

v.                                       Case No. 08-cr-30164-DRH

**Victor Manuel Flores Gonzalez,**

    Defendant.

### ORDER REMITTING FINE

This matter is before the Court on the government's motion, pursuant to 18 U.S.C. § 3573, for remission of the unpaid portion of the fine imposed in this case (Doc 50). In the interest of justice, based upon the Government's showing that reasonable efforts to collect the fine are not likely to be effective, the Government's motion is **GRANTED**. Accordingly, the unpaid portion of the fine imposed against defendant in the amount of **$125.00** is **REMITTED** pursuant to 18 U.S.C. § 3573.

**IT IS SO ORDERED.**

Signed this 18th day of June, 2012.

Digitally signed by David R. Herndon
Date: 2012.06.18 14:01:48 -05'00'

**Chief Judge**
**United States District Judge**